IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                    Case No. 2:17CR20011

EDWIN HESSLEN                                                   DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant concerning his financial ability to employ counsel, the Court finds as follows:

The defendant is entitled to counsel but cannot afford to hire an attorney; therefore, Attorney David L. Dunagin is appointed to represent defendant in all further proceedings herein.

SO ORDERED this 23rd day of February 2017.

_____
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 3 2017

DOUGLAS F. YOUNG, Clerk
By
   Deputy Clerk

AO 72A
(Rev. 8/82)