IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.        Case No. 2:17CR20011

EDWIN HESSLEN            DEFENDANT

### ORDER APPOINTING COUNSEL

By Order of this Court dated February 23, 2017, the undersigned appointed Attorney David L. Dunagin to represent the defendant. Following the appointment, Attorney Dunagin advised the Court that he has a conflict and is unable to represent defendant. Accordingly, Attorney Robert Marquette is substituted as counsel and directed to represent the defendant in all further proceedings herein.

SO ORDERED this 28th day of February 2017.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 28 2017

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

_____
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)